**Siddeeq JACKSON & Bashera Abdul–Hadi, H/W,**

v.

**METRO NISSAN, INC.**

**Petition of Bashera Abdul–Hadi.**

Supreme Court of Pennsylvania.

July 8, 2004.

### ORDER

PER CURIAM.

AND NOW, this 8th day of July, 2004, the above-captioned Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issues:

(1) What elements are necessary for making out a *prima facie* claim for a private consumer cause of action under the Unfair Trade Practices and Consumer Protection Law, 73 P.S. § 201–1 *et seq.*("UTPCPL")(as amended); and

(2) Whether the trial court erred when it entered a non-suit regarding Petitioner's UTPCPL claim.